UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY BARNETT and HEATHER WOLFF, individually, and as a representative of a Class of Participants and Beneficiaries of The Iron Moutain Companies 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>IRON MOUNTAIN INCORPORATED, BOARD OF DIRECTORS OF IRON MOUNTAIN INCORPORATED, and RETIREMENT PLAN COMMITTEE OF IRON MOUNTAIN INCORPORATED,<br><br>Defendants. | Case No. 1:24-cv-11239-GAO<br><br>**MOTION TO ADMIT JAMES A. BLOOM PRO HAC VICE BY PLAINTIFFS** |

NOW COME the Plaintiffs Rodney Barnett and Heather Wolff through their undersigned counsel and seek to have Attorney James A. Bloom appear as counsel in the above matter in the United States District Court for the District of Massachusetts pursuant to Local Rule 83.5.3.

In support of this motion, Plaintiffs state as follows:

1. Jonathan M. Feigenbaum is a member of the bar of this Court and has entered an appearance for Plaintiffs in this case.

2. Attorney James A. Bloom is located at Schneider Wallace Cottrell Konecky LLP, 2000 Powell St., Suite 1400, Emeryville, CA 94608; Telephone: 415-421-7100; Fax: 415-421-7100; Email: jbloom@schneiderwallace.com

3. Attached to this Motion as EXHIBIT A which is a sworn declaration by James A. Bloom certifying that he meets the requirements specified in Local Rule 83.5.3.

1

4. The appropriate filing fee will be paid to the Clerk's office under separate cover through the ECF payment system.

5. To date, no attorney has appeared for each of the Defendants.

WHEREFORE, Plaintiffs hereby move that James A. Bloom be granted leave pursuant to Local Rule 83.5.3 to appear and practice before this Court in the above-named matter.

RESPECTFULLY SUBMITTED this 13Th day of May, 2024.

**RODNEY BARNETT & HEATHER WOLFF,**
By their attorney,

/s/ Jonathan M. Feigenbaum
Jonathan M. Feigenbaum
BBO #546686
184 High Street, Suite 503
Boston, MA 02110
(617) 357-9700 (Telephone)
(617) 227-2843 (Fax)
jonathan@erisaattorneys.com