UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY BARNETT and HEATHER WOLFF, individually, and as a representative of a Class of Participants and Beneficiaries of The Iron Mountain Companies 401(k) Plan,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>IRON MOUNTAIN INCORPORATED, BOARD OF DIRECTORS OF IRON MOUNTAIN INCORPORATED, and RETIREMENT PLAN COMMITTEE OF IRON MOUNTAIN INCORPORATED,<br><br>　　　　Defendants. | Case No. 1:24-cv-11239-GAO<br><br>**EXHBIT A** |

**CERTIFICATE OF PAUL M. SECUNDA
FOR ADMISSION *PRO HAC VICE* IN THE
U.S. DISTRICT COURT, DISTRICT OF MASSACHUSETTS**

　　Pursuant to Local Rule 83.5.3, Jonathan M. Feigenbaum (Bar Reg. No. 546686) who has entered an appearance in this case, has moved this Court to grant leave for Paul M. Secunda to practice before this Court in this particular case.

　　Furthermore, I, Paul M. Secunda, do hereby certify the following:

　　(1)　I am a member of good standing of the bar of every jurisdiction where I have been admitted to practice.

　　(2)　There are no disciplinary proceedings pending against me as a member of the bar. in any jurisdiction.

3

(3) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

(4) My office address and telephone number are: Walcheske & Luzi LLC, 235 N. Executive Dr., Suite 240, Brookfield, Wisconsin, 53005; Telephone: 414-828-2372; Fax: 262-565-6469; Email: psecunda@walcheskeluzi.com.

Accordingly, I request that this Court grant me leave to practice in the United States District Court for the District of Massachusetts in the case as captioned above.

Sworn to this date under penalties of perjury.

Dated: May 8, 2024

s/ Paul M. Secunda

## CERTIFICATE OF SERVICE

I hereby certify that on the date next to my signature, a copy of the foregoing was electronically filed with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. Parties not registered with the Court's electronic filing system will be served this same day by First Class U.S. Mail. Given that a summons and complaint has not been served, notice is not being sent to any attorneys.

/s/ Jonathan M. Feigenbaum
Jonathan M. Feigenbaum

May 13, 2024

4