UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RODNEY BARNETT and HEATHER WOLFF,
individually, and as a representative of a Class of
Participants and Beneficiaries of The Iron Moutain
Companies 401(k) Plan,

     Plaintiffs,

     v.

IRON MOUTAIN INCORPORATED and  the
RETIREMENT PLAN COMMITTEE OF IRON
MOUTAIN INCORPORATED,

     Defendants.

Case No.: 1:24-cv-11239-GAO

---

## MOTION FOR LEAVE TO AMEND AMENDED COMPLAINT PURSUANT TO RULE 15(a)(2) TO DISMISS DEFENDANT BOARD OF DIRECTORS OF IRON MOUNTAIN INCORPORATED FROM THE CASE

Plaintiffs, Rodney Barnett and Heather Wolff, hereby move for leave to amend the Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) to dismiss Defendant, Board of Directors of Iron Mountain Incorporated, from the case. Plaintiffs request that this matter be dismissed, without prejudice and without costs, solely as to Defendant, Board of Directors of Iron Mountain Incorporated.

Dated: June 10, 2024

s/ *Paul M. Secunda*
Paul M. Secunda
WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Email: psecunda@walcheskeluzi.com
*Attorneys for Plaintiffs*