**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RODNEY BARNETT and HEATHER WOLFF, individually, and as representative of a Class of Participants and Beneficiaries of The Iron Mountain Companies 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>IRON MOUNTAIN INCORPORATED, and RETIREMENT PLAN COMMITTEE OF IRON MOUNTAIN INCORPORATED,<br><br>Defendants. | CIVIL ACTION NO. 1:24-cv-11239 |

<u>**NOTICE OF APPEARANCE**</u>

Kindly enter the appearance of Michael Steinberg of Seyfarth Shaw LLP, Two Seaport Lane, Suite 1200, Boston, Massachusetts 02210, as counsel for Defendants Iron Mountain Incorporated, and Retirement Planning Committee of Iron Mountain Incorporated in connection with the above captioned action.

311083952v.1

Dated:  July 9, 2024

Respectfully submitted,

IRON  MOUNTAIN  INCORPORATED,
and  RETIREMENT  PLAN  COMMITTEE
OF IRON MOUNTAIN INCORPORATED.

By their Attorneys,


/s/ *Michael Steinberg*
Michael Steinberg
msteinberg@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
Telephone:     (617) 946-4800
Facsimile:     (617) 946-4801


## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2024, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants


*/s/ Michael Steinberg*
Michael Steinberg

311083952v.1