### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY BARNETT and HEATHER WOLFF, individually, and as representative of a Class of Participants and Beneficiaries of The Iron Mountain Companies 401(k) Plan,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>IRON MOUNTAIN INCORPORATED and RETIREMENT PLAN COMMITTEE OF IRON MOUNTAIN INCORPORATED,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 1:24-cv-11239 |

### UNOPPOSED MOTION TO PERMIT IAN H. MORRISON TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, Defendants Iron Mountain Incorporated and Retirement Planning Committee of Iron Mountain Incorporated, by and through undersigned counsel, hereby moves for the admission of Ian H. Morrison *pro hac vice* to the bar of this Court.

Attached as Exhibit A is the Certification of Ian H. Morrison. As detailed in the attached Certification, Ian H. Morrison: (1) is a Partner with the law firm of Seyfarth Shaw LLP; (2) is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (3) has not previously had a *pro hac vice* admission to this Court revoked or denied; (4) has no disciplinary proceedings pending against him as a member of the bar of any jurisdictions; and (5) has read and agrees to comply with the Local Rules governing the United States District Court for the District of Massachusetts.

In addition, the required fee for Ian H. Morrison will be paid to the Clerk of Court consistent with the requirements of this Court.

WHEREFORE, the undersigned respectfully requests that the Court grant this motion and

permit Ian H. Morrison to appear *pro hac vice* as counsel for Defendants Iron Mountain Incorporated and Retirement Planning Committee of Iron Mountain Incorporated.

Dated: July 11, 2024

Respectfully submitted,

IRON MOUNTAIN INCORPORATED and RETIREMENT PLAN COMMITTEE OF IRON MOUNTAIN INCORPORATED.

By their Attorney,

*/s/ Michael Steinberg*
Michael Steinberg (BBO No. 690997)
msteinberg@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Facsimile:    (617) 946-4801

## CERTIFICATION PURSUANT TO RULE 7.1

I certify that counsel for Defendants conferred in good faith with Plaintiffs' counsel via email regarding this motion, and Plaintiffs' counsel indicated that Plaintiffs consent to filing this motion unopposed.

*/s/ Michael Steinberg*
Michael Steinberg

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 11, 2024, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                                                      */s/ Michael Steinberg*
                                                                        Michael Steinberg