# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RODNEY BARNETT and HEATHER WOLFF, individually, and as representative of a Class of Participants and Beneficiaries of The Iron Mountain Companies 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>IRON MOUNTAIN INCORPORATED and RETIREMENT PLAN COMMITTEE OF IRON MOUNTAIN INCORPORATED,<br><br>Defendants. | CIVIL ACTION NO. 1:24-cv-11239 |

**LOCAL RULE 83.5.3 CERTIFICATION OF IAN H. MORRISON IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

I, Ian H. Morrison, hereby certify that:

1. I am a Partner at the law firm Seyfarth Shaw, LLP, with an office located at 233 S. Wacker Drive, Suite 8000, Chicago, Illinois 60606, (312) 460-5830.

2. I submit this certificate in support of a motion for my admission *pro hac vice* to practice before this Court.

3. I am admitted to practice law in the following states: Illinois and Missouri (inactive status).

4. I am a member in good standing in every jurisdiction in which I am admitted to practice.

5. To my knowledge, there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) denied or revoked for misconduct.

7.      I have read and agree to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

I declare under the penalties of perjury that the foregoing is true and accurate.

Dated: July 11, 2024                             */s/ Ian H. Morrison*
                                                 Ian H. Morrison

2