# **EXHIBIT A**

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY BARNETT and HEATHER WOLFF, individually, and as representative of a Class of Participants and Beneficiaries of The Iron Mountain Companies 401(k) Plan,<br><br>            Plaintiffs,<br><br>   v.<br><br>IRON MOUNTAIN INCORPORATED and RETIREMENT PLAN COMMITTEE OF IRON MOUNTAIN INCORPORATED,<br><br>            Defendants. | CIVIL ACTION NO. 1:24-cv-11239 |

### LOCAL RULE 83.5.3 CERTIFICATION OF THOMAS M. HORAN IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

I, Thomas M. Horan, hereby certify that:

1.    I am a Partner at the law firm Seyfarth Shaw, LLP, with an office located at 233 S. Wacker Drive, Suite 8000, Chicago, Illinois 60606, (312) 460-5721.

2.    I submit this certificate in support of a motion for my admission *pro hac vice* to practice before this Court.

3.    I am admitted to practice law in the following states: Illinois.

4.    I am a member in good standing in every jurisdiction in which I am admitted to practice.

5.    To my knowledge, there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6.    I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) denied or revoked for misconduct.

7.    I have read and agree to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

I declare under the penalties of perjury that the foregoing is true and accurate.

Dated: July 11, 2024  /s/ Thomas M. Horan
Thomas M. Horan