IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY BARNETT and HEATHER WOLFF, individually, and as a representative of a Class of Participants and Beneficiaries of The Iron Mountain Companies 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>IRON MOUNTAIN INCORPORATED, BOARD OF DIRECTORS OF IRON MOUNTAIN INCORPORATED, and RETIREMENT PLAN COMMITTEE OF IRON MOUNTAIN INCORPORATED,<br><br>Defendants. | Case No. 1:24-cv-11239-GAO |

**DEFENDANTS' CORPORATE DISCLOSURE**

Defendants Iron Mountain Incorporated and the Retirement Plan Committee of Iron Mountain Incorporated (the "Committee"), through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, state as follows: Iron Mountain Incorporated is a publicly traded company, and no parent corporation or any publicly-held corporation owns 10 percent or more of its stock. The Committee is not a nongovernmental corporate party or a nongovernmental corporation, and therefore no disclosure is required on behalf of the Committee.

DATED: July 23, 2024	Respectfully submitted,

IRON MOUNTAIN INCORPORATED and RETIREMENT PLAN COMMITTEE OF IRON MOUNTAIN INCORPORATED,


/s/ Ian H. Morrison

Michael E. Steinberg
msteinberg@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, Massachusetts  02210-2028
Telephone:  (617) 946-4800
Facsimile:  (617) 946-4801

SEYFARTH SHAW LLP
Ian H. Morrison (*Pro Hac Vice*)
imorrison@seyfarth.com
Thomas M. Horan (*Pro Hac Vice*)
thoran@seyfarth.com
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2024, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Ian H. Morrison