# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY BARNETT and HEATHER WOLFF, individually, and as a representative of a Class of Participants and Beneficiaries of The Iron Moutain Companies 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>IRON MOUTAIN INCORPORATED, BOARD OF DIRECTORS OF IRON MOUTAIN INCORPORATED, and RETIREMENT PLAN COMMITTEE OF IRON MOUTAIN INCORPORATED, | Case No: 1:24-cv-11239-GAO |

## **JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(d)**

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 16.1, Plaintiffs Rodney Barnett and Heather Wolff ("Plaintiffs") and Defendants Iron Mountain Incorporated, the Board of Directors of Iron Mountain Incorporated, and the Retirement Plan Committee of Iron Mountain Incorporated (collectively, "Defendants") (together, the "Parties") hereby certify that they have conferred regarding the nature and basis of Plaintiffs' claims and Defendants' defenses, the possibility of settlement of the case, the matters to be discussed at the Scheduling Conference, and a proposed pretrial schedule for this case, including a plan for discovery.

## I. Timetable for Discovery and Motion Practice

This case was filed on May 8, 2024, ECF No. 1, and an Amended Complaint was filed on May 13, 2024. ECF No. 4. Defendants filed an Answer on July 23, 2024. ECF No. 17. Pursuant to the Court's scheduling order, ECF No. 19, the Parties, having met and conferred, jointly propose the following Case Management Schedule in the above-captioned action:

A. **Initial Disclosures.** Plaintiffs served automatic disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(C) and L.R. 26.2(a) on August 8, 2024. Defendants plan to serve their automatic disclosures prior to the Scheduling Conference on September 17, 2024.

B. **Joinder of Parties.** The deadline for joinder of parties shall be October 31, 2024.

C. **Amendments to Pleadings.** The deadline for any motion for leave to amend pleadings shall be October 31, 2024. Any response to a motion for leave to amend pleadings shall be filed in accordance with Local Rule 7.1(b).

D. **Fact Discovery.** All fact discovery, including all fact depositions, shall be completed by March 14, 2025.

E. **Class Certification Motion.** Plaintiff's class certification motion and supporting papers shall be filed no later than January 15, 2025. Opposition papers shall be filed no later than February 14, 2025. Reply papers shall be filed no later than February 28, 2025.

F. **Expert Discovery.** The schedule for expert discovery shall be as follows:

1. Plaintiff's expert reports shall be served on or before May 1, 2025.

2. Defendants' expert reports shall be served on or before June 13, 2025.

3. The deadline to complete expert discovery is August 29, 2025.

G. **Summary Judgment and *Daubert* Motions.** All summary judgment and separate *Daubert* motions and supporting papers shall be filed no later than October 15, 2025. Opposition papers shall be filed no later than November 12, 2025. Reply papers shall be filed no later than December 3, 2025.

H. **Motions in Limine (if any).** All motions *in limine* shall be filed no later than thirty days prior to pre-trial conference. Opposition papers shall be filed no later than fourteen days prior to the pre-trial conference.

I. **Pretrial Conference.** Thirty days prior to trial.

**J.** **Trial.** The Parties propose that a bench trial date be set, if necessary, after the Court rules on any motion(s) for summary judgment.

**JOINT PROPOSED SCHEDULE**

| Activity | Date |
|---|---|
| Initial Disclosures | September 17, 2024 |
| Joinder of Parties | October 31, 2024 |
| Motion for Leave to Amend Pleadings | October 31, 2024 |
| Plaintiff's Class Certification Motion | January 15, 2025 |
| Defendants' Class Certification Opposition | February 14, 2025 |
| Plaintiff's Class Certification Reply | February 28, 2025 |
| Completion of Fact Discovery | March 14, 2025 |
| Plaintiff's Expert Report(s) Due | May 1, 2025 |
| Defendants' Expert Report(s) Due | June 13, 2025 |
| Completion of Expert Discovery | August 29, 2025 |
| Summary Judgment and Separate *Daubert* Motions Due | October 15, 2025 |
| Summary Judgment and *Daubert* Oppositions Due | November 12, 2025 |
| Summary Judgment and *Daubert* Reply Briefs Due | December 3, 2025 |
| Motions *in Limine* Due | 30 days before pre-trial conference |
| Oppositions to Motions *in Limine* Due | 14 days before pre-trial conference |
| Pretrial Conference | 30 days before trial |

**II.** **Trial By Magistrate**

The Parties do not consent to trial by Magistrate Judge.

**III.** **Service by Email**

The Parties agree to accept service of discovery by email.

**IV.** **Settlement**

Pursuant to Local Rule 16.1(c), Plaintiff presented a written settlement proposal to Defendants on September 3, 2024.

**V.** **Certifications**

The parties will file their respective certifications pursuant to Local Rule 16.1(d)(3) under separate cover.

<table>
<tr><td>

*/s/ Paul M. Secunda*
Paul M. Secunda*
**WALCHESKE & LUZI LLC**
235 North Executive Drive, Suite 240
Brookside, WI 53005
Tel. (414) 828-2372
psecunda@gmail.com

James A. Bloom*
**SCHNEIDER WALLCE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Fax: (415) 421-7105
jbloom@schneiderwallace.com

Jonathan M. Feigenbaum
184 High Street, Suite 503
Boston, MA 02110
Tel. (617) 357-9700
jonathan@erisaattorneys.com

*Admitted *pro hac vice*

*Attorney for Plaintiffs and Proposed Class*

Dated: September 5, 2024

</td><td>

*/s/ Ian H. Morrison*
Ian H. Morrison*
imorrison@seyfarth.com
Thomas M. Horan*
**SEYFARTH SHAW LLP**
thoran@seyfarth.com
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Michael E. Steinberg
msteinberg@seyfarth.com
**SEYFARTH SHAW LLP**
Seaport East
Two Seaport Lane, Suite 1200
Boston, Massachusetts 02210-2028
Telephone: (617) 946-4800
Facsimile: (617) 946-4801

*Admitted *pro hac vice*

*Attorneys for Defendants*

</td></tr>
</table>

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2024, at true and correct copy of the forgoing was electronically filed with the Clerk of the Court using the Court's CM/ECF, which will send notification to all counsel of record.

/*s/ Paul M. Secunda*
Paul M. Secunda