# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY BARNETT and HEATHER WOLFF, individually, and as a representative of a Class of Participants and Beneficiaries of The Iron Moutain Companies 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>IRON MOUTAIN INCORPORATED, BOARD OF DIRECTORS OF IRON MOUTAIN INCORPORATED, and RETIREMENT PLAN COMMITTEE OF IRON MOUTAIN INCORPORATED, | Case No: 1:24-cv-11239-GAO |

## PLAINTIFFS' CERTIFICATE OF CONFERENCE

Pursuant to Civ. Local Rule 16.1(d)(3), on September 3, 2024, Plaintiffs affirm that the parties conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Dated: September 5, 2024

Respectfully Submitted,

By: /s/ *Paul M. Secunda*
Paul M. Secunda (admitted pro hac)
WALCHESKE & LUZI, LLC
235 N. Executive Dr., Suite 240
Milwaukee, WI 53217
Telephone: (414) 828-2372
Email: psecunda@walcheskeluzi.com

James A. Bloom*
SCHNEIDER WALLCE COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Fax: (415) 421-7105
jbloom@schneiderwallace.com

Jonathan M. Feigenbaum
184 High Street, Suite 503
Boston, MA 02110
Telephone: (617) 357-9700
E-Mail: jonathan@erisaattorneys.com

*Attorneys for Plaintiffs and Proposed Class*

# CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2024, a true and correct copy of the foregoing Plaintiffs' Certificate of Compliance was served on Defendants via ECF.

*/s/ Paul M. Secunda*
Paul M. Secunda