# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY BARNETT and HEATHER WOLFF, individually, and as a representative of a Class of Participants and Beneficiaries of The Iron Moutain Companies 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>IRON MOUTAIN INCORPORATED, BOARD OF DIRECTORS OF IRON MOUTAIN INCORPORATED, and RETIREMENT PLAN COMMITTEE OF IRON MOUTAIN INCORPORATED,<br><br>Defendants. | Case No: 1:24-cv-11239-GAO |

## ASSENTED TO MOTION FOR REMOTE SCHEDULING CONFERENCE

COME NOW Plaintiffs Rodney Barnett and Heather Wolff, through their counsel, and respectfully requests to hold the Scheduling Conference Hearing, currently set in-person for September 17, 2024 at 2:00 p.m. (Dkt. 19), be instead held through remote, virtual means. In support of this Motion, Plaintiffs state as follows:

1. The Court set September 17, 2024 at 2:00 p.m. for an in-person scheduling conference. (Dkt. 19).

2. Plaintiffs request that the Scheduling Hearing be held remotely to conserve the Plaintiffs' resources by not requiring Plaintiffs' counsel to have to travel from Milwaukee, Wisconsin, and San Francisco, California, to Boston, Massachusetts.

3. Because counsel for both Plaintiffs is located out of state, significant travel time and costs would be saved by conducting the hearing via Zoom rather than in person.

4. Such a request for remote hearing is also supported by the fact that the parties have already agreed to a joint discovery plan, filed with the Court (Dkt. 20), and there are no complicating factors surrounding the Scheduling Conference.

5. Counsel for Plaintiffs consulted with counsel for Defendants, who do not oppose this motion for a remote hearing.

6. Plaintiffs respectfully requests the Court remotely hold by virtual means the Scheduling Conference Hearing on September 17, 2024, at 2:00 p.m.

7. This motion is made in good faith and not for the purpose of hindrance or undue delay.

WHEREFORE, Plaintiffs respectfully request that this Motion for Remote Scheduling Conference Hearing be granted, and that the Scheduling Conference be held remotely on Tuesday, September 17, 2024, at 2:00 p.m.

Dated: September 5, 2024

Respectfully Submitted,

By: /s/ *Paul M. Secunda*
Paul M. Secunda
WALCHESKE & LUZI, LLC
235 N. Executive Dr., Suite 240
Milwaukee, WI 53217
T: (414) 828-2372
F: (262) 565-6469

James A. Bloom
(admitted *pro hac vice*)
SCHNEIDER WALLCE COTTRELL
KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Fax: (415) 421-7105
jbloom@schneiderwallace.com

Jonathan M. Feigenbaum
184 High Street, Suite 503
Boston, MA 02110
Telephone: (617) 357-9700
E-Mail: jonathan@erisaattorneys.com

*Attorneys for Plaintiffs & Proposed Class*

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September, 2024, a copy of the foregoing was filed with the Court and served upon all attorneys in this case using the Court's CM/ECF system.

*/s/ Paul M. Secunda*
Paul M. Secunda