IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY BARNETT and HEATHER WOLFF, individually, and as a representative of a Class of Participants and Beneficiaries of The Iron Mountain Companies 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>IRON MOUNTAIN INCORPORATED, BOARD OF DIRECTORS OF IRON MOUNTAIN INCORPORATED, and RETIREMENT PLAN COMMITTEE OF IRON MOUNTAIN INCORPORATED,<br><br>Defendants. | Case No. 1:24-cv-11239-GAO |

**DEFENDANTS' LOCAL RULE 16.1 CERTIFICATION**

Defendants, IRON MOUNTAIN INCORPORATED ("Iron Mountain") and RETIREMENT PLAN COMMITTEE OF IRON MOUNTAIN INCORPORATED (the "Committee"), by and through their attorneys, Seyfarth Shaw LLP, hereby certify that Defendants and their counsel have conferred:

(A)    With a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and

(B)    To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

313522075v.1

| | |
|---|---|
| *Cindy Westervelt* | /s/ Michael E. Steinberg |
| Iron Mountain Incorporated and Retirement Plan Committee of Iron Mountain Incorporated | Michael E. Steinberg<br>Seyfarth Shaw LLP |
| By: Cindy Westervelt<br>    Vice President, Global Employment and<br>    Labor Counsel and Chief of Staff, GLCA | Attorneys for Defendants |
| Date: 9/5/2024 | Date: September 5, 2024 |

IRON MOUNTAIN INCORPORATED and RETIREMENT PLAN COMMITTEE OF IRON MOUNTAIN INCORPORATED,

Michael E. Steinberg
msteinberg@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, Massachusetts  02210-2028
Telephone:    (617) 946-4800
Facsimile:     (617) 946-4801


SEYFARTH SHAW LLP
Ian H. Morrison (*Pro Hac Vice*)
imorrison@seyfarth.com
Thomas M. Horan (*Pro Hac Vice*)
thoran@seyfarth.com
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2024, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                                      */s/ Michael E. Steinberg*  
                                                      Michael E. Steinberg