**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RODNEY BARNETT and HEATHER WOLFF, individually, and as a representative of a Class of Participants and Beneficiaries of The Iron Moutain Companies 401(k) Plan, <br><br> Plaintiffs, <br><br> v. <br><br> IRON MOUTAIN INCORPORATED and RETIREMENT PLAN COMMITTEE OF IRON MOUTAIN INCORPORATED, <br><br> Defendants. | Case No. 1:24-cv-11239-GAO |

## JOINT STATUS REPORT

Plaintiffs Rodney Barnett and Heather Wolff ("Plaintiffs") and Defendants Iron Mountain Corporation and the Retirement Plan Committee of Iron Mountain Corporation ("Defendants") (collectively, the "Parties"), submit this Joint Status Report, stating as follows:.

1. This matter was filed on May 8, 2024 (Dkt. 1), and an Amended Complaint was filed on May 13, 2024 (Dkt. 4).

2. Defendants filed an Answer on July 23, 2024 denying the allegations of the Amended Complaint and asserting various defenses (Dkt. 17).

3. The Court then stayed the litigation while the parties attempted mediation to resolve this case through October 30, 2024. (Dkt. 25).

4. On October 23, 2024, the parties held a day-long mediation before JAMS mediator Steven Lucke, and now have reached a settlement in principle to resolve this litigation.

5.    The Parties will draft the terms of a class action settlement agreement over the next several weeks, and Plaintiffs intends to file a motion for preliminary approval of the class action settlement no later than December 11, 2024.

6.    Accordingly, the Parties request that the Court reinstitute the stay in this matter until the filing of Plaintiffs' motion for preliminary approval of the settlement.

Dated: October 30, 2024                         Respectfully submitted,

*/s/ Paul M. Secunda*                            */s/ Ian H. Morrison*
Paul M. Secunda*                                Ian H. Morrison*
**WALCHESKE & LUZI LLC**                        imorrison@seyfarth.com
235 North Executive Drive, Suite 240            Thomas M. Horan*
Brookside, WI 53005                             **SEYFARTH SHAW LLP**
Tel. (414) 828-2372                             thoran@seyfarth.com
psecunda@gmail.com                              233 South Wacker Drive
                                                Suite 8000
James A. Bloom*                                 Chicago, Illinois 60606-6448
**SCHNEIDER WALLCE COTTRELL**                   Telephone: (312) 460-5000
**KONECKY LLP**                                 Facsimile: (312) 460-7000
2000 Powell Street, Suite 1400
Emeryville, CA 94608                            Michael E. Steinberg
Telephone: (415) 421-7100                       msteinberg@seyfarth.com
Fax: (415) 421-7105                             **SEYFARTH SHAW LLP**
jbloom@schneiderwallace.com                     Seaport East
                                                Two Seaport Lane, Suite 1200
Jonathan M. Feigenbaum                          Boston, Massachusetts 02210-2028
184 High Street, Suite 503                      Telephone: (617) 946-4800
Boston, MA 02110                                Facsimile: (617) 946-4801
Tel. (617) 357-9700
jonathan@erisaattorneys.com                     *Admitted *pro hac vice*

*Admitted *pro hac vice*                        *Attorneys for Defendants*

*Attorney for Plaintiffs and Proposed Class*

I hereby certify that on October 30, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF, which will send notification to all counsel of record.

/s/*Paul M. Secunda*
Paul M. Secunda