# EXHIBIT B

| | |
|---|---|
| *Barnett et al. v. Iron Moutain Incorporated, et al.,*<br>**[address]**<br><br>***COURT-ORDERED LEGAL NOTICE***<br>*This Notice may affect your legal rights.*<br>*Please read carefully.*<br><br>Important Legal Notice Authorized by the United States District Court for the District of Massachusetts.<br><br>**If you were a participant or beneficiary of the** Iron Mountain Companies 401(k) Plan **between May 8, 2018 and [Preliminary Approval Order date], your rights may be impacted by a proposed settlement of a class action lawsuit.** | [Postage Prepaid]<br><br><br>Name<br>Address<br>City, State<br>Zip |

# EXHIBIT B

**THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE CLASS ACTION.**
*Please visit [www.website.com], or call (xxx) xxx-xxxx for more information.* A federal court has authorized this notice. This is not a solicitation from a lawyer. You are receiving this Notice of Class Action Settlement ("Notice") because the records of the the Iron Mountain Companies 401(k) Plan (the "Plan"), indicate that you were a participant in the Plan during the period May 8, 2028, through [Date of Preliminary Approval Order] (the "Class Period"). This Notice advises you of basic information about your options. A long-form notice is available at www.website.com].

| YOUR LEGAL RIGHTS AND OPTIONS UNDER THE SETTLEMENT | |
|---|---|
| **YOU ARE NOT REQUIRED TO FILE A CLAIM IF YOU ARE ENTITLED TO A PAYMENT UNDER THE SETTLEMENT AGREEMENT.** | If the Settlement is approved by the Court and you are a member of the Settlement Class, you will not need to file a claim in order to receive a Settlement payment if you are entitled to receive a payment under the Settlement Agreement. |
| **HOW SETTLEMENT PAYMENTS WILL BE DISTRIBUTED.** | If you currently have a positive account balance in the Plan and are a Settlement Class member, any share of the Net Settlement Amount to which you are entitled will be deposited into your Plan account. If you are a Former Participant (i.e., no longer a participant in the Plan) and are a Settlement Class member, such funds shall be paid directly to you by the Settlement Administrator. |
| **YOU MAY OBJECT TO THE SETTLEMENT BY _____.** | If you wish to object to any part of the Settlement, you may write to the Court and the attorneys for the parties about why you object to the Settlement. Address your objection to: Clerk of the Court, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, Massachusetts 02110. You should also send a copy of your objection to Class Counsel at Paul M. Secunda, WALCHESKE & LUZI, LLC, 235 N. Executive Drive, Suite 240, Brookfield, Wisconsin 53005. |
| **YOU MAY ATTEND THE FAIRNESS HEARING TO BE HELD ON _____.** | If you submit a written objection to the Settlement to the Court and counsel before the Court-approved deadline, you may (but do not have to) attend the Fairness Hearing about the Settlement and present your objections to the Court. You may attend the Fairness Hearing even if you do not file a written objection, but you will only be allowed to speak at the Fairness Hearing if you file a written objection by the Court-approved deadline in advance of the Fairness Hearing AND you file a Notice of Intention To Appear, as described in the answer to Question Nos. 15 and 17 in the long-form Notice. |

**Do not contact the Court or Defendant. Direct all questions to Analytics Consulting, LLC or Class Counsel.**