UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY BARNETT and HEATHER WOLFF, individually, and as a representative of a Class of Participants and Beneficiaries of The Iron Moutain Companies 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>IRON MOUTAIN INCORPORATED and RETIREMENT PLAN COMMITTEE OF IRON MOUTAIN INCORPORATED,<br><br>Defendants. | Case No. 1:24-cv-11239-GAO |

## DECLARATION OF HEATHER WOLFF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

I, Heather Wolff, declare and state as follows:

1. I am a named class representative in the above-captioned action. I worked as a business development representative for Iron Mountain from April 2020 to January 2024. My employment took place in Mainesville, Ohio.

2. During the Class Period, I was invested in the following investments: T. Rowe Price Retire 2035 Fund. I rolled out of the Iron Mountain Companies 401(k) Plan in January 2024.

3. I am fully aware of my duties as a class representative. I am not aware of any conflicts of interest between myself and other Class Members.

4. I take my duties as a class representative seriously, and I have attempted to fulfill those duties throughout the course of the litigation. Among other things, I have (1) reviewed the allegations in the Complaint; (2) provided information and documents to counsel to assist in the prosecution of the

1

action; and (3) reviewed the Settlement Agreement in its entirety and communicated with counsel regarding the mediation and negotiation of the Settlement.

5.  I am fully informed of the terms of the Settlement. I understand that I am a member of the Settlement Class, and I am satisfied with the terms that were reached.

6.  I believe the $850,000 monetary recovery represents a fair recovery for myself and the other Settlement Class Members, and I agree with the plan of allocation.

7.  In my opinion, the Settlement is fair, reasonable, and adequate, both as to me and as to the other Settlement Class members. I approve the Settlement in this case and encourage the Court to approve the Settlement as well.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/6/2024

DocuSigned by:
Heather Wolff
6F72C2AAC1184F8...
Heather Wolff