UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY BARNETT and HEATHER WOLFF, individually, and as a representative of a Class of Participants and Beneficiaries of The Iron Moutain Companies 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>IRON MOUTAIN INCORPORATED and RETIREMENT PLAN COMMITTEE OF IRON MOUTAIN INCORPORATED,<br><br>Defendants. | Case No. 1:24-cv-11239-GAO |

**JOINT MOTION TO CONDUCT PRELIMINARY**
**<u>APPROVAL HEARING REMOTELY</u>**

Plaintiffs Rodney Barnett and Heather Wolff ("Plaintiffs") and Defendants Iron Mountain Corporation and the Retirement Plan Committee of Iron Mountain Corporation ("Defendants") (collectively, the "Parties"), hereby move the Court to conduct the January 15, 2025 Preliminary Approval of Class Action Settlement Hearing via Zoom or other videoconference means. In support, the Parties state as follows:

1.  Pursuant to the Court's Notice, a Hearing on the Motion for Preliminary Approval of the Class Action Settlement has been set for January 15, 2025. (ECF No. 33).

2.  Neither Plaintiffs' counsel nor Defendants' counsel who will appear at the Preliminary Approval Hearing reside or work in or near Boston, Massachusetts. Co-lead plaintiff counsel Paul M. Secunda is located in Milwaukee, Wisconsin, and co-lead plaintiff counsel James A. Bloom is located in Emeryville, California. Lead defense counsel Ian H. Morrison is located in Chicago, Illinois.

3.  To minimize the financial cost to the Parties and Settlement Class relating to travel

expenses, and to promote cost-efficiency for the Settlement in general, the Parties respectfully request that the parties be permitted to appear remotely via videoconferencing technology at the Preliminary Approval Hearing, at the Court's discretion.

4. Of course, counsel will attend these proceedings in person should the Court wish to conduct the proceeding in person.

WHEREFORE, the Parties respectfully request that the Court conduct the January 15, 2025, Preliminary Approval Hearing via videoconferencing technology.

| Dated: December 17, 2024 | Respectfully submitted, |
|---|---|
| /s/ Paul M. Secunda<br>Paul M. Secunda*<br>**WALCHESKE & LUZI LLC**<br>235 North Executive Drive, Suite 240<br>Brookside, WI 53005<br>Tel. (414) 828-2372<br>psecunda@gmail.com<br><br>James A. Bloom*<br>**SCHNEIDER WALLCE COTTRELL KONECKY LLP**<br>2000 Powell Street, Suite 1400<br>Emeryville, CA 94608<br>Telephone: (415) 421-7100<br>Fax: (415) 421-7105<br>jbloom@schneiderwallace.com<br><br>Jonathan M. Feigenbaum<br>184 High Street, Suite 503<br>Boston, MA 02110<br>Tel. (617) 357-9700<br>jonathan@erisaattorneys.com<br><br>*Admitted *pro hac vice*<br><br>*Attorney for Plaintiffs and Proposed Class* | /s/ Ian H. Morrison<br>Ian H. Morrison*<br>imorrison@seyfarth.com<br>Thomas M. Horan*<br>**SEYFARTH SHAW LLP**<br>thoran@seyfarth.com<br>233 South Wacker Drive<br>Suite 8000<br>Chicago, Illinois 60606-6448<br>Telephone: (312) 460-5000<br>Facsimile: (312) 460-7000<br><br>Michael E. Steinberg<br>msteinberg@seyfarth.com<br>**SEYFARTH SHAW LLP**<br>Seaport East<br>Two Seaport Lane, Suite 1200<br>Boston, Massachusetts 02210-2028<br>Telephone: (617) 946-4800<br>Facsimile: (617) 946-4801<br><br>*Admitted *pro hac vice*<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on December 17, 2024, a copy of the foregoing document was electronically filed through the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Paul M. Secunda*
Paul M. Secunda