### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY BARNETT and HEATHER WOLFF, individually, and as representative of a Class of Participants and Beneficiaries of The Iron Mountain Companies 401(k) Plan,<br><br>　　　　　Plaintiffs,<br>v.<br><br>IRON MOUNTAIN INCORPORATED and RETIREMENT PLAN COMMITTEE OF IRON MOUNTAIN INCORPORATED,<br><br>　　　　　Defendants, | Civil Action No: 1:24-cv-11239 |

### NOTICE OF APPEARANCE

Kindly enter the appearance of Thomas M. Horan of Seyfarth Shaw LLP, 233 S. Wacker Drive, Suite 8000, Chicago, IL 60606, as counsel for Defendants, IRON MOUNTAIN INCORPORATED And RETIREMENT PLAN COMMITTEE OF IRON MOUNTAIN INCORPORATED in connection with the above captioned action.

Dated: January 17, 2025　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　IRON MOUNTAIN INCORPORATED,
　　　　　　　　　　　　　　　　　　and RETIREMENT PLAN COMMITTEE
　　　　　　　　　　　　　　　　　　OF IRON MOUNTAIN INCORPORATED

　　　　　　　　　　　　　　　　　　By their Attorneys,

　　　　　　　　　　　　　　　　　　*/s/ Thomas M. Horan*
　　　　　　　　　　　　　　　　　　Thomas M. Horan (admitted pro hac vice)
　　　　　　　　　　　　　　　　　　thoran@seyfarth.com
　　　　　　　　　　　　　　　　　　SEYFARTH SHAW LLP
　　　　　　　　　　　　　　　　　　233 South Wacker Drive, Suite 8000
　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　Telephone:　(312) 460-5721
　　　　　　　　　　　　　　　　　　Facsimile:　(312) 460-7721

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2025, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Thomas M. Horan*
Thomas M. Horan