AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Rodney Barnett, et al., )<br>*Plaintiff* )<br>v. )<br>Iron Mountain Incorporated, et al., )<br>*Defendant* ) | Case No.   1:24-cv-11239-GAO |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Melendez Plaintiffs: Arnulfo Melendez, Danielle Bathrick, Joshua Bressler, Kristophor Johnson and Terrance Mott .

Date:    05/07/2025

/s/ Jeffrey Hellman
*Attorney's signature*

Jeffrey Hellman, BBO#549896
*Printed name and bar number*

Law Offices of Jeffrey Hellman, LLC
195 Church Street, 10th Floor
New Haven, CT  06510

*Address*

jeff@jeffhellmanlaw.com
*E-mail address*

(203) 691-8762
*Telephone number*

(203) 823-4401
*FAX number*