# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY BARNETT and HEATHER WOLFF, individually and as a representative of a Class of Participants and Beneficiaries of The Iron Mountain Companies 401(k) Plan,<br><br>  Plaintiffs,<br>v.<br><br>IRON MOUNTAIN INCORPORATED, THE BOARD OF DIRECTORS OF IRON MOUNTAIN INCORPORATED, and RETIREMENT PLAN COMMITTEE OF IRON MOUNTAIN,<br><br>  Defendants. | **CIVIL ACTION NO.: 1:24-cv-11239-GAO** |

## PROPOSED ORDER

Before the court is Local Counsel's Motion to Appear *Pro Hac Vice* of James A. Maro.

**IT IS HEREBY ORDERED** that the *Pro Hac Vice* Motion of James A. Maro is GRANTED.

DATED this _____ day of _____, 2025.

BY THE COURT:

_____
Judge