

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*James Arthur Maro Jr., Esq.*

### DATE OF ADMISSION

*November 20, 2000*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 29, 2025

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk