## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY BARNETT and HEATHER WOLFF, individually and as a representative of a Class of Participants and Beneficiaries of The Iron Mountain Companies 401(k) Plan,<br><br>                Plaintiffs,<br>v.<br><br>IRON MOUNTAIN INCORPORATED, THE BOARD OF DIRECTORS OF IRON MOUNTAIN INCORPORATED, and RETIREMENT PLAN COMMITTEE OF IRON MOUNTAIN,<br><br>                Defendants. | **CIVIL ACTION NO.:**<br>**1:24-cv-11239-GAO** |

## MOTION TO ADMIT MARK K. GYANDOH *PRO HAC VICE*

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3 of the Rules of this Court, Melendez Plaintiffs, Arnulfo Melendez, Danielle, Bathrick, Joshua Bressler, Kristophor Johnson, and Terrance Mott ("Plaintiffs"), individually and as representatives of a class of similarly situated persons, respectfully requests this Court to permit Mark K. Gyandoh to be admitted to practice *pro hac vice*, on behalf of Melendez Plaintiffs. Sponsoring counsel, Jeffrey Hellman, is a member in good standing of the Bar of this Court and has entered his appearance in this action.

1. Mark K. Gyandoh is admitted to practice and is in good standing before the State Court of Pennsylvania.
2. I have verified Attorney Gyandoh's active membership and good standing in the Pennsylvania bar by checking websites operated by Pennsylvania.
3. Mark K. Gyandoh has reviewed and is familiar with the Local Rules of this Court.
4. The undersigned, an attorney admitted to practice in good standing before this Court, has appeared in this action.

In support of this Motion, Plaintiffs submit the Affidavit of Mark K. Gyandoh, wherein he states his qualifications for admission *pro hac vice* in accordance with Local Rule 83.2, attached hereto as Exhibit A.

WHEREFORE, Plaintiffs respectfully request that this Motion to Appear *Pro Hac Vice* be granted, and that Mark K. Gyandoh be admitted to appear and participate fully as counsel for the Plaintiffs in this case.

Dated: May 8, 2025                                    Respectfully submitted,

                                                      /s/ *Jeffrey Hellman*
                                                      Jeffrey Hellman
                                                      BBO # 549896
                                                      195 Church Street, 10th Floor
                                                      New Haven, CT 06510
                                                      Tel.: 203-691-8762
                                                      Fax: (203) 823-4401
                                                      Email: jeff@jeffhellmanlaw.com

                                                      *Counsel for Melendez Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 8, 2025, a copy of the foregoing was filed electronically and served via the Court's CM/ECF System.

                                                   /s/ *Jeffrey Hellman*
                                                   Jeffrey Hellman