EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY BARNETT and HEATHER WOLFF, individually and as a representative of a Class of Participants and Beneficiaries of The Iron Mountain Companies 401(k) Plan, )))))) | **CIVIL ACTION NO.:** **1:24-cv-11239-GAO** |
| Plaintiffs, ) | |
| v. ) | |
| IRON MOUNTAIN INCORPORATED, THE BOARD OF DIRECTORS OF IRON MOUNTAIN INCORPORATED, and RETIREMENT PLAN COMMITTEE OF IRON MOUNTAIN, )))))) | |
| Defendants. )) | |

### AFFIDAVIT OF MARK K. GYANDOH

Mark K. Gyandoh, being first duly sworn, deposes and says:

1.    I am over the age of eighteen and understand the obligations of an oath.

2.    I submit this affidavit in support of the motion for my admission as a visiting lawyer in connection with the above-captioned case.

3.    I am a partner with Capozzi Adler, P.C. My address, telephone number, facsimile and email address are as follows:

Capozzi Adler, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Phone: (610) 890-0200
Fax:     (717) 233-4103
Email: Markg@capozziadler.com

4.    I am a member in good standing and have been admitted to practice in Pennsylvania (Admitted 3/15/02, Bar No. 88570). I am admitted to practice in the U.S.D.C. of Pennsylvania for the Eastern and Western Districts (No Bar No. assigned); the U.S.D.C. for the Eastern and Western Districts of Michigan (No Bar No. assigned), the U.S.D.C. for the Northern, Central and Southern Districts of Illinois (No Bar No. assigned); the U.S.D.C. for the District of Nebraska (No Bar No. assigned); the

U.S.D.C. for the Northern and Western Districts of Oklahoma (No Bar No. assigned); the U.S.D.C. for the District of New Jersey (No Bar No. assigned); and the U.S.D.C. for the Western District of Wisconsin (No Bar No. assigned).

5.  I have not been denied admission to, or been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court. I have never had a disciplinary complaint made or filed against me.

6.  There are no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to hearing.

7.  I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Massachusetts, and the Massachusetts Rules of Professional Conduct.

8.  I designate Jeffrey Hellman, of the Law Offices of Jeffrey Hellman, LLC, as my sponsoring attorney and as my agent for service of process and the District Court of Massachusetts as the forum for the resolution of any dispute arising out of my admission as a visiting lawyer in connection with the above-captioned action.

Dated: May 7, 2025

Notary Public
My Commission Expires: 6/2/27

Mark K. Gyandoh, Esq.

Commonwealth of Pennsylvania - Notary Seal
TAIJAE' A SOUTHWELL - Notary Public
Philadelphia County
My Commission Expires June 2, 2027
Commission Number 1434893

2