

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Mark K. Gyandoh, Esq.

**DATE OF ADMISSION**

**March 15, 2002**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 29, 2025

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk