UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY BARNETT and HEATHER WOLFF, individually, and as a representative of a Class of Participants and Beneficiaries of The Iron Mountain Companies 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>IRON MOUNTAIN INCORPORATED and RETIREMENT PLAN COMMITTEE OF IRON MOUNTAIN INCORPORATED,<br><br>Defendants. | Case No. 1:24-cv-11239-GAO |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS, SETTLEMENT ADMINISTRATIVE EXPENSES, AND CASE CONTRIBUTION AWARDS TO THE CLASS REPRESENTATIVES**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on Wednesday, July 9, 2025, at 2:00 PM ET, or at such other date and time later set by Court Order, in Courtroom 22 of the John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, Massachusetts, Plaintiffs Rodney Barnett and Heather Wolff ("Plaintiffs") will and hereby does move this Court for: (i) an award of attorneys' fees in the amount of $283,333.33 (one-third of the $850,000 hundred thousand Gross Settlement Amount) and litigation costs in the amount of $16,197.05; (ii) an award of up to $47,181 for administrative expenses including $32,181 in settlement administration costs and $15,000 in independent fiduciary costs; and (iii) payments of $7,500.00 for each of two service awards for each of the Class Representatives.

This motion is made pursuant to Federal Rule of Civil Procedure 23(h) and Paragraph 7.1 of the Court's Preliminary Approval Order (Dkt. 40), and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Paul M. Secunda, the previously filed declaration of the Class Representatives (Dkt. Nos. 31 and 32), the Settlement Agreement, and all files, records, and proceedings in this matter.

Counsel for Plaintiffs have conferred with counsel for Defendants regarding this motion and have been advised that Defendants take no position on this motion. As of the filing of this motion, there also have been no objections from Class Members, specifically with the regard to the proposed attorneys' fees and costs, administrative expenses, or case contribution awards. A proposed Order is attached hereto as **Exhibit 1**.

Dated: May 23, 2025

Respectfully submitted,

s/ Paul M. Secunda
Paul M. Secunda (admitted pro hac vice)
**WALCHESKE & LUZI, LLC**
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
E-Mail: psecunda@walcheskeluzi.com

James A. Bloom (admitted *pro hac vice*)
Todd M. Schneider (admitted *pro hac vice*)
**SCHNEIDER WALLCE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
jbloom@schneiderwallace.com
tschneider@schneiderwallace.com

Jonathan M. Feigenbaum
184 High Street, Suite 503
Boston, MA 02110
Telephone: (617) 357-9700
E-Mail: jonathan@erisaattorneys.com

*Attorneys for Plaintiffs and Settlement Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2025, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<u>s/Paul M. Secunda</u><br>
Paul M. Secunda