# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY BARNETT and HEATHER WOLFF, individually, and as a representative of a Class of Participants and Beneficiaries of The Iron Mountain Companies 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>IRON MOUNTAIN INCORPORATED and RETIREMENT PLAN COMMITTEE OF IRON MOUNTAIN INCORPORATED,<br><br>Defendants. | Case No. 1:24-cv-11239-GAO |

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS, SETTLEMENT ADMINISTRATIVE EXPENSES, AND CASE CONTRIBUTION AWARDS TO THE CLASS REPRESENTATIVES**

The Court held a Motion Hearing on the record, with all parties present, on July 9, 2025. For the reasons stated on the record,

**IT IS ORDERED** that Plaintiffs' Motion for Attorneys' Fees and Costs, Settlement Administrative Expenses, and Case Contribution Awards to the Class Representatives (ECF No. ___) is **GRANTED** and the Court approves the following disbursements from the Qualified Settlement Fund:

(1) attorneys' fees to Class Counsel in the amount of $283,333.33 (one-third of the $850,000 Gross Settlement Amount);

(2) reimbursement of $16,824..05 in litigation costs;

(3) $47,181.00 in settlement administration expenses (including $15,000 for the independent fiduciary); and

      (4) a case contribution award in the amount of $7,500.00 for each of the Plaintiff class representatives.

Dated: _____             _____
                                                                  Hon. George A. O'Toole
                                                                  United States District Judge