**EXHIBIT 1**
*Barnett et al. v. Iron Mountain Incorporated, et al.*
Case No. 1:24-cv-11239-GAO
(May 1, 2024 – May 15, 2025)

| Timekeeper | Firm (Location) | Title (Years of Experience) | Billing Rate Per Hour | Hours | Charges |
|---|---|---|---|---|---|
| Paul Secunda | Walcheske & Luzi, LLC (Brookfield, WI) | Partner (27 years) | $900 | 91.4 | $82,260.00 |
| James Bloom | Schneider Wallace Cottrell Konecky, LLP (Emeryville, CA) | Partner (15 years) | $1,200 | 23.6 | $28,320.50 |
| Jonathan Feigenbaum | Jonathan Feigenbaum, Esq. | Partner (30 years) | $900 | 12.0 | $10,800.00 |
| | | | **Total:** | **127.0** | **$121,380.00** |

**GRAND TOTAL LODESTAR (ALL COUNSEL CURRENT):**     $121,380.00

**Current Multiplier:**     **2.33**

**EXPECTED ADDITIONAL WORK TO BE COMPLETED:**   30 hours (Attorneys Secunda and Bloom)

$900/hr x 20 hours =     $18,000.00
$1200/hr x 10 hours =.     $12,000.00

**GRAND TOTAL LODESTAR (ALL COUNSEL CURRENT & EXPECTED):**   $151,380.00

**Expected Multiplier:**     **1.87**