**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RODNEY BARNETT and HEATHER WOLFF, individually, and as a representative of a Class of Participants and Beneficiaries of The Iron Mountain Companies 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>IRON MOUNTAIN INCORPORATED and RETIREMENT PLAN COMMITTEE OF IRON MOUNTAIN INCORPORATED,<br><br>Defendants. | Case No.  1:24-cv-11239-GAO |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL**
**OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on Wednesday, July 9, 2025, at 2:00 PM ET, or at such other date and time later set by Court Order, in Courtroom 22 of the John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, Massachusetts, Plaintiffs Rodney Barnett and Heather Wolff ("Plaintiffs") will and hereby do move this Court for this Court for an Order granting final approval of the parties' Class Action Settlement Agreement (Dkt. 30-1).

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and Section 3.1 of the Parties' Class Action Settlement Agreement and is based on the accompanying Memorandum of Law and authorities cited therein, the Declarations of Paul M. Secunda and Analytics Consulting, LLC, and exhibits attached thereto, the previously filed declarations of the Class Representatives (Dkts. 31 and 32), the Settlement Agreement, and all files, records, and

proceedings in this matter. A proposed Final Approval Order is being submitted in connection with this motion as **Exhibit 1**.

Defendants do not oppose the motion as parties to the Settlement.

Dated: May 23, 2025

Respectfully submitted,

s/ Paul M. Secunda
Paul M. Secunda (admitted *pro hac vice*)
**WALCHESKE & LUZI, LLC**
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
E-Mail: psecunda@walcheskeluzi.com

James A. Bloom (admitted *pro hac vice*)
Todd M. Schneider (admitted *pro hac vice*)
**SCHNEIDER WALLCE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Fax: (415) 421-7105
jbloom@schneiderwallace.com
tschneider@schneiderwallace.com

Jonathan M. Feigenbaum
184 High Street, Suite 503
Boston, MA 02110
Telephone: (617) 357-9700
E-Mail: jonathan@erisaattorneys.com

*Attorneys for Plaintiffs and Settlement Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2025, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/Paul M. Secunda*
Paul M. Secunda