UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY BARNETT and HEATHER WOLFF, individually, and as a representative of a Class of Participants and Beneficiaries of The Iron Moutain Companies 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>IRON MOUTAIN INCORPORATED and RETIREMENT PLAN COMMITTEE OF IRON MOUTAIN INCORPORATED,<br><br>Defendants. | Case No.  1:24-cv-11239-GAO |

**DECLARATION OF PAUL M. SECUNDA IN SUPPORT OF
PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

I, Paul M. Secunda, declare and state as follows:

1. I am a partner at Walcheske & Luzi, LLC ("Walcheske & Luzi"), and am one of the attorneys of record for Plaintiffs in the above captioned action. I respectfully submit this declaration in support of the accompanying Motion for Final Approval of Class Action Settlement.

2. As Class Counsel, I conducted substantial investigation and analysis of Plaintiffs' claims, commencing even before the filing of the initial pleading, and, throughout the course of the litigation and settlement efforts, reviewed and analyzed documents pertaining to the Iron Mountain Plan's administration and Defendants' fiduciary process, including disclosures made to participants in the Plan.

3. For the reasons stated in my declaration in support of preliminary approval of the Settlement (Dkt. 32), and for the additional reasons set forth herein, I believe that the Settlement

is fair, reasonable, and adequate.

## Report of the Independent Fiduciary

4.      Pursuant to Prohibited Transaction Exemption 2003-39 (PTE 2003-39) and Section 2.1 of the Settlement Agreement (Dkt. 30-1), an Independent Fiduciary (Fiduciary Counselors, LLC) will review the Settlement on behalf of the Plan by June 4, 2025.

5.      As part of this review, the Independent Fiduciary will personally discuss the Settlement with me (and separately with defense counsel and the mediator) by telephone, and subsequently issue a report after the review. In the report, the Independent Fiduciary will consider whether to affirm, among other things, that: (i) the Settlement terms, including the scope of the release of claims, the amount of cash received by the Plan and the amount of any attorneys' fee award or any other sums to be paid from the recovery, are reasonable in light of the Plan's likelihood of full recovery, the risks and costs of litigation, and the value of claims forgone; (ii) the terms and conditions of the transaction are no less favorable to the Plan than comparable arm's-length terms and conditions that would have been agreed to by unrelated parties under similar circumstances; (iii) the transaction is not part of an agreement, arrangement or understanding designed to benefit a party in interest; and (iv) the Plan of Allocation is reasonable, as well as the request for attorneys' fees and costs, administrative expenses, and the case contribution awards.

## Reaction of the Class to the Settlement

6.      The reaction of the Class to the Settlement also has been overwhelmingly favorable. The period to object to the Settlement pursuant to the Preliminary Approval Order will end on June 9, 2025. See Dkt. 40, ¶ 11. As of the date of this Declaration, there has been one objection to the Settlement, on behalf of 5 out of 25,216 Class Members who were sent a Notice

of Settlement. The objection by Class Members Arnulfo Melendez, Danielle Bathrick, Joshua Bressler, Kristophor Johnson, and Terrance Mott only concern the scope of the Settlement release and whether it covers the claims they filed on October 15, 2024, in the United States District Court for the District of Massachusetts in *Melendez, et al. v. Iron Mountain Incorporated, et al.*, No. 1:24-cv-12613 (D. Mass).

7. Class Counsel have fielded a number of calls and provided information regarding the Settlement, and (other than the objection filed by the plaintiffs in the *Melendez* action) no Class member has voiced any opposition to the Settlement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 23, 2025                                                     s/***Paul M. Secunda***
                                                                                    Paul M. Secunda

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 23, 2025, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/Paul M. Secunda*
Paul M. Secunda
