UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY BARNETT and HEATHER WOLFF, individually, and as a representative of a Class of Participants and Beneficiaries of The Iron Mountain Companies 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>IRON MOUNTAIN INCORPORATED and RETIREMENT PLAN COMMITTEE OF IRON MOUNTAIN INCORPORATED,<br><br>Defendants. | Case No. 1:24-cv-11239-GAO |

**DECLARATION OF ANALYTICS CONSULTING, LLC IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

I, Jeffrey Mitchell, declare and state as follows:

1.  I am currently a Project Manager for Analytics Consulting, LLC (hereinafter "Analytics"), located at 18675 Lake Drive East, Chanhassen, Minnesota, 55317. Analytics provides consulting services to the design and administration of class action and mass tort litigation settlements and notice programs. The settlements Analytics has managed over the past twenty-five years range in size from fewer than 100 class members to more than 40 million, including some of the largest and most complex notice and claims administration programs in history.

2.  Analytics' clients include corporations, law firms (both plaintiff and defense), the Department of Justice, the Securities and Exchange Commission, and the Federal Trade Commission, which since 1998 has retained Analytics to administer and provide expert advice

regarding notice and claims processing in their settlements/distribution of funds.

3.  In my capacity as Project Manager, I count among my duties responsibility for matters relating to the settlement administration for the above- captioned litigation.

4.  Analytics has been engaged in this matter to provide settlement administration services, including (among other things) the mailing of the Court- approved Settlement Notices, the establishment and maintenance of a Settlement Website and telephone call center facility, and the distribution of settlement benefits to Class Members (following final approval).

5.  The Court approved Analytics as the Settlement Administrator in this matter in its Order on Plaintiff's Motion for Preliminary Approval of Class Action Settlement. Dkt. 40, ¶ 7.

## Class Notice

6.  On or about January 27, 2025, Analytics received 3 spreadsheets from Defendants' counsel that contained a list from the current Plan Recordkeeper of Settlement Class Member names, email addresses, mailing addresses, and current account balances, amongst other information. On or about February 11, 2025, Analytics received additional files of class member data from the previous Plan Recordkeeper, and was informed the Plan changed Recordkeepers in mid-2022 (combined hereinafter "Class Data").

7.  After receiving the Class Data, Analytics cross-referenced the Class Member addresses with the United States Postal Service National Change of Address database. There were 25,216 unique Settlement Class Members in the Class Data.

8.  On February 21, 2025, Analytics e-mailed the Settlement Notice to Class Members with an email address provided in the Class Data. Additionally, 6,413 Class Members had no e-mail address provide, and Analytics sent those Class Members the Notice by first-class U.S. Mail. A copy of the template of the Notice is attached hereto as **Exhibit 1**.

9.  After the initial Notices were issued as described above, Analytics determined that 155 Class Members that were sent the Notice by e-mail had their Notice bounce. Analytics

subsequently sent the Notice to the affected records by first-class U.S. Mail.

10. To date, 45 Notices mailed by first-class mail have been returned to Analytics by the U.S. Postal Service with a forwarding address. In each case, Analytics updated the class list with the forwarding address and processed a re- mail of the Notice to the updated address.

11. To date, 784 Notices mailed by first-class mail were returned to Analytics by the U.S. Postal Service without a forwarding address. Analytics conducted skip traces in an attempt to ascertain a valid address for each affected Class Member. As a result of these efforts, 556 new addresses were identified for Class Members. Analytics subsequently updated the class list with these new addresses and processed a re-mail of the Notice to each of those addresses.

12. In total, out of 25,216 Notices, only 228 (approximately 0.9%) were ultimately undeliverable as of the date of this declaration, according to Analytics' records, despite Analytics' efforts to verify address information in advance of mailing and to update address information and re-mail the Notices if they were initially returned or bounced.

### Settlement Website and Telephone Information Line

13. From February 4, 2025, to the present, Analytics has maintained a Settlement Website relating to this action. The internet address for this Settlement Website is at www.IronMountainERISA.com. Among other things, the Settlement Website includes: (1) a "Home" page summarizing the case; (2) case and settlement documents for download (including, among other things, the Settlement Agreement, Settlement Notices (the Notice directly issued to Class Members, as well as a Long-Form Notice), and the Preliminary Approval Order; (4) contact information for Class Counsel; and (5) email, phone, and U.S. mail contact information for Analytics.

14. Analytics has also maintained a toll-free telephone support line as a resource for Class Members seeking information about the Settlement. The toll-free telephone line employs an interactive voice response system ("IVR system") to answer calls and provides callers the option of speaking with a live operator if they prefer. The toll-free number for the telephone support line is (844) 525-5424. This telephone number was referenced in the Settlement Notices and also appears on the Settlement Website.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: May 20, 2025

DocuSigned by:

*Jeff Mitchell*

13EC110C92464EC...

Jeffrey Mitchell