## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY BARNETT and HEATHER WOLFF, individually, and as a representative of a Class of Participants and Beneficiaries of The Iron Mountain Companies 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>IRON MOUNTAIN INCORPORATED and RETIREMENT PLAN COMMITTEE OF IRON MOUNTAIN INCORPORATED,<br><br>Defendants. | Case No.  1:24-cv-11239-GAO |

### ORDER ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS, SETTLEMENT ADMINISTRATIVE EXPENSES, AND CASE CONTRIBUTION AWARDS TO THE CLASS REPRESENTATIVES

The Court held a Motion Hearing on the record, with all parties present, on July 31, 2025.

For the reasons stated on the record,

**IT IS ORDERED** that Plaintiffs' Motion for Attorneys' Fees and Costs, Settlement Administrative Expenses, and Case Contribution Awards to the Class Representatives (ECF No. 48)

is **GRANTED** and the Court approves the following disbursements from the Qualified Settlement Fund:

(1) attorneys' fees to Class Counsel in the amount of $283,333.33 (one-third of the $850,000 Gross Settlement Amount);

(2) reimbursement of $16,824.05 in litigation costs;

(3) $47,181.00 in settlement administration expenses (including $15,000 for the independent fiduciary); and

(4) a case contribution award in the amount of $7,500.00 for each of the Plaintiff class

representatives.


Dated  August 13, 2025                    /s/ George A. O'Toole, Jr.

                                             Hon. George A. O'Toole
                                             United States District Judge